MAX SCHWARTZ, Respondent, v. HENRY FRIEDSAM, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

TERENCE DONOHUE, Respondent, v. GEORGE RICE, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

MABEL MARGARET TRACY, Respondent, v. HOTEL WELLINGTON CORPORATION, Appellant.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

BRIDGET LYNCH, Respondent, v. INTERBOROUGH RAPID TRANSIT COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

MORTON LEVENE, Respondent, v. ISIDORE MOTZKIN and Others, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

BARBARA KUNTZ, Respondent, v. NEW YORK RAILWAYS COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

ANDREW KUNTZ, Respondent, v. NEW YORK RAILWAYS COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

HARRY RAYMOND and Others v. HARTFORD FIRE INSURANCE COMPANY, — Motion for leave to appeal granted; motion for reargument denied. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

ALBERT BECK v. ABRAHAM BAUMAN.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

GEORGE E. WOOD, Respondent, v. JOHN L. DUDLEY, JR., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

---

## SECOND DEPARTMENT, MAY, 1919.

In the Matter of the Application of LYMAN HESS for Admission to the Bar (from the State 'of Kentucky). — Application granted. Present — Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ.

GRAND COURT OF THE STATE OF NEW YORK OF THE FORESTERS OF AMERICA, Respondent, v. MINZIANTI SENESE and Others, Appellants.— Motion for leave to appeal to the Court of Appeals denied, and our order deciding the appeal amended so as to provide that both judgments appealed from are affirmed, with a single bill of costs. Present — Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ.